```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

         MAY 2 8 2014

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____
                        DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK PHILLIP GOLDSTEIN, )<br>)<br>Defendant. ) | 2:10-CR-525-JAD-(PAL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 28, 2014, defendant FRANK PHILLIP GOLDSTEIN pled guilty to Counts One, Three and Four of a Four-Count Criminal Indictment charging him in Count One with Carjacking in violation of Title 18, United States Code, Section 2119; in Count Three with Interference with Commerce by Armed Robbery in violation of Title 18, United States Code, Section 1951; and in Count Four with Use of a Firearm During and in Relation to a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and (ii). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant FRANK PHILLIP GOLDSTENI agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant FRANK PHILLIP GOLDSTEIN pled guilty.

1    The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

2   924(d)(1) and Title 28, United States Code, Section 2461(c):

3         1.   a HI-Point .380 acp, model#CF380, Serial # P854096; and

4         2.   any and all ammunition

5   (all of which constitutes "property").

6    This Court finds the United States of America is now entitled to, and should, reduce the

7   aforementioned property to the possession of the United States of America.

8    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

9   United States of America should seize the aforementioned property.

10    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

11   FRANK PHILLIP GOLDSTEIN in the aforementioned property is forfeited and is vested in the

12   United States of America and shall be safely held by the United States of America until further order

13   of the Court.

14    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

15   shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

16   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the

17   time under the applicable statute when a petition contesting the forfeiture must be filed, and state the

18   name and contact information for the government attorney to be served with the petition, pursuant to

19   Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

20    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity

21   who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate

22   the validity of the petitioner's alleged interest in the property, which petition shall be signed by the

23   petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

24   Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

25   right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

26   petition and the relief sought.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

2  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than

3  thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

4  after the first day of the publication on the official internet government forfeiture site,

5  www.forfeiture.gov.

6    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

7  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

8  following address at the time of filing:

9           Michael A. Humphreys
            Assistant United States Attorney
10          Daniel D. Hollingsworth
            Assistant United States Attorney
11          Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
12          Las Vegas, Nevada 89101.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

14  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

15  following publication of notice of seizure and intent to administratively forfeit the above-described

16  property.

17    DATED this 28th day of May, 2014.

18

19

20

21                                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26